EMANUEL KRAFT, Appellant, *v.* THE NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WIS., Respondent.

Supreme Court, Appellate Term, First Department, February 24, 1939.

*Emanuel Redfield,* for the appellant.

*Frederick T. Case,* for the respondent.

PER CURIAM. The evidence shows that the plaintiff sustained a fire loss covered by the policy. However, there was no proper proof of damages.

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff, and case remitted to court below for assessment of damages.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.